■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK SAFFIOTI, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered May 19, 1980, convicting him of burglary in the third degree, grand larceny in the second degree and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence. Judgment affirmed. While, in our opinion, the door had not been opened for the prosecutor to disregard the trial court's direction not to elicit testimony concerning the witness' suppressed identification, in light of the overwhelming evidence of guilt and the court's curative instructions, a new trial is unnecessary (cf. *People v Crimmins,* 36 NY2d 230). We have considered the other arguments advanced by defendant and find them to be without merit. Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERMAN SEDA, Appellant. — Appeal by defendant from a judgment of the County Court, Orange County (Ingrassia, J.), rendered May 10, 1980, convicting him of two counts of robbery in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. With respect to the issues which were not preserved for appellate review as a matter of law, we decline to exercise our interest of justice jurisdiction. We find no merit to defendant's remaining contentions. Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY WILLIAMS, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Baker, J.), rendered April 3, 1981, convicting him of murder in the second degree and attempted murder in the second degree, upon a jury verdict, and imposing concurrent sentences of imprisonment of 20 years to life and 12½ to 25 years, respectively. Judgment modified, on the law, by reducing the minimum period of incarceration imposed upon the conviction of attempted murder in the second degree to eight and one-third years. As so modified, judgment affirmed. The trial court erroneously imposed a minimum sentence of 12½ years' imprisonment upon the defendant's conviction of attempted murder. The minimum sentence under the circumstances herein is eight and one-third years (see Penal Law, § 70.02, subd 4, as it read prior to amdt by L 1980, ch 233, § 2). We have examined defendant's other contentions and find them to be without merit. Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.